Fill in this information to identify the case:

Debtor 1: Jennifer D Muro

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Arkansas
(State)

Case number: 5:14-bk-71909

# Form 4100R
## Amended Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust National Association, as Trustee of the Igloo Series III Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 7 3 6 8

**Property address:** 9 Haverigg Lane
Number    Street

_____

Bella Vista    AR    72714
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 03 / 01 / 2020
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___ / ___ / ___
MM / DD / YYYY

| | | | |
|---|---|---|---|
| Debtor 1 | Jennifer D Muro | Case number (if known) | 5:14-bk-71909 |
| | First Name   Middle Name   Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **Michelle R. Ghidotti-Gonsalves**
Signature

Date 02/17/2020

Print: Michelle R. Ghidotti-Gonsalves
First Name   Middle Name   Last Name

Title: AUTHORIZED AGENT

Company: Ghidotti Berger, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1920 Old Tustin Ave
Number   Street

Santa Ana, CA 92705
City   State   ZIP Code

Contact phone: (949) 427-2010

Email: bknotifications@ghidottiberger.com

**CERTIFICATE OF SERVICE**

On February 17, 2020, I served the foregoing documents described as AMENDED RESPONSE TO NOTICE OF FINAL CURE PAYMENT the following individuals by electronic means through the Court's ECF program:

DEBTOR'S COUNSEL
Eric Joseph Backstrom
ejb@martinattorneys.com

DEBTOR'S COUNSEL
Michael C. Chase
michaelchase@martinattorneys.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Marlen Gomez
Marlen Gomez

On February 17, 2020, I served the foregoing documents described AMENDED RESPONSE TO NOTICE OF FINAL CURE PAYMENT on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Jennifer D Muro
9 Haverigg Lane
Bella Vista, AR 72714

TRUSTEE
Joyce Bradley Babin
Chapter 13 Standing Trustee
P.O. Box 8064
Little Rock, AR 72203-8064

U.S. TRUSTEE
Office Of U. S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Marlen Gomez
Marlen Gomez